IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TENG YANG,

        Petitioner,                 No. CIV-S-08-2233 KJM P

  vs.

D. K. SISTO,

        Respondent.            <u>ORDER</u>

                                  /

      Respondent has requested an extension of time to file his answer. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's request for an extension of time (#13) is granted; and

      2. Respondent is granted thirty days from the date of this order in which to file his answer. Petitioner's traverse shall be filed thirty days thereafter.

DATED: April 10, 2009.

                                                    U.S. MAGISTRATE JUDGE

1
yang2233.111