IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TENG YANG,

      Petitioner,              No. CIV S-08-2233 KJM P

  vs.

D. K. SISTO,

      Respondent.          <u>ORDER</u>

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has filed several documents in which he asks that the court hold an evidentiary hearing, appoint an expert witness specializing in "gunshot residue," issue a subpoena to Butte County District Attorney Michael Ramsey for the New York Yankees jacket admitted at petitioner's trial, and allow petitioner to submit requests for production of documents to Charles De Rosa.

        The court recently ordered respondent to file a response to petitioner's application for writ of habeas corpus. Until that answer is filed, the court cannot determine whether the above requests should be granted. Good cause appearing, all of the requests identified above will be denied without prejudice to petitioner refiling them with his traverse.

1

Accordingly, IT IS HEREBY ORDERED that petitioner's request for an evidentiary hearing (#16), request for appointment of an expert witness (#17), request for issuance of a subpoena (#19) and request to submit a request for production of documents to Charles De Rosa (#20) are all denied without prejudice to re-filing with petitioner's traverse.

DATED: April 24, 2009.

_____
U.S. MAGISTRATE JUDGE

1
yang02233.abs