IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TENG YANG,

        Petitioner,               No. CIV S-08-2233 KJM P

     vs.

D.K. SISTO, et al.,

        Respondents.           ORDER

_____/

        Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner has filed a motion seeking leave to amend.  In light of the fact that respondents have indicated they do not oppose the motion, and in the interests of justice, see Federal Rule of Civil Procedure 15(a)(2), petitioner's motion will be granted.  The habeas petition currently before the court will be dismissed and petitioner will be given thirty days within which to file his amended petition, which shall include all of petitioner's claims.

        Petitioner has filed several other motions including: 1) a motion for the appointment of an expert in gunshot residue; 2) a motion for the issuance of a subpoena so that petitioner can obtain a jacket allegedly in the possession of the Butte County District Attorney's

1

1 | Office; 3) a motion for an evidentiary hearing; and 4) motions in which petitioner requests
2 | permission to conduct discovery.  These motions will be denied without prejudice to renewal
3 | with petitioner's traverse as the court cannot rule on these motions without knowing how
4 | respondents will defend against petitioner's claims.

5 | Finally, petitioner has filed a request for the appointment of counsel.  There
6 | currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius
7 | v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the
8 | appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule
9 | 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the
10 | interests of justice would be served by the appointment of counsel at the present time.

11 | Accordingly, IT IS HEREBY ORDERED that:

12 | 1.  Petitioner's request for leave to file an amended petition for writ of habeas
13 | corpus (#36) is granted.

14 | 2.  Petitioner's original habeas petition is dismissed.

15 | 3.  Petitioner is granted thirty days within which to file his amended petition on
16 | the form to be provided by the Clerk of the Court.  Petitioner's failure to file an amended petition
17 | within thirty days will result in this action being dismissed.

18 | 4.  The Clerk of the Court is directed to send petitioner the court's form-petition
19 | for writ of habeas corpus under 28 U.S.C. § 2254.

20 | 5.  Respondents need not take any further action until further notice.

21 | 6.  Petitioner's "application for appointment of expert" (#37) is denied.

22 | 7.  Petitioner's "application for issuance of subpoena . . ." (#38) is denied.

23 | 8.  Petitioner's "request for evidentiary hearing" (#39) is denied.

24 | 9.  Petitioner's "request for production. . ." (#40) is denied.

25 | 10.  Petitioner's "requests for admission" (#41) are denied.

26 | /////

1    11.  Petitioner's request that respondents be directed to answer interrogatories

2   (#42) is denied.

3    12.  Petitioner's request for the appointment of counsel (#46) is denied.

4   DATED: November 19, 2009.

5   _____

6   U.S. MAGISTRATE JUDGE

7   1
    yang2233.mta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3