1
2
3
4
5
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  TENG YANG,

10         Petitioner,                    No. CIV-S-08-2233 FCD KJM P

11     vs.

12  D. K. SISTO,

13         Respondent.                    ORDER

14  _____/

15         Petitioner has requested the appointment of counsel. There currently exists no
16  absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d
17  453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at
18  any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing
19  § 2254 Cases. In the present case, noting that petitioner has now filed a traverse, the court does
20  not find that the interests of justice would be served by the appointment of counsel at the present
21  time.
22  /////
23  /////
24  /////
25  /////
26  /////

Accordingly, IT IS HEREBY ORDERED that petitioner's July 30, 2010 request for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: August 16, 2010.

_____
U.S. MAGISTRATE JUDGE

1
yang2233.110