IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TENG YANG,** | Case No. 2:08-cv-2233 FCD KJM |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's Motion for Leave for Late Filing of Opposition to Petitioner's Motions for Evidentiary Hearing, Appointment of Expert, and Release of Evidence be granted. The opposition filed is deemed timely.

Dated: August 31, 2010.

_____
U.S. MAGISTRATE JUDGE