IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TENG YANG,

    Petitioner,           No. CIV S-08-2233 FCD DAD (TEMP) P

    vs.

D.K. SISTO,

    Respondent.        ORDER

_____/

On January 5, 2011, petitioner filed a request for reconsideration of the magistrate judge's order filed December 21, 2010. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 21, 2010, is affirmed.

DATED: January 20, 2011.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE